NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAK 04-748 consolidated with JAK 04-749

STATE IN THE INTEREST OF

Q.H.

**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 04-001J and 04-002J
HONORABLE LEO BOOTHE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Oswald A. Decuir,
Judges.

Cooks, J., dissents.

**AFFIRMED.**

Hon. John Frederick Johnson
District Attorney
Seventh Judicial District
4001 Carter St., Suite 9
Vidalia, La 71373
(318) 336-7121
Counsel for: Plaintiff/Appellee
State  of Louisiana
Dele Akintade Adebamiji
Attorney at Law
P. O. Box 80712
Baton Rouge, LA 70898-0712
(225) 927-9006
Counsel for: Defendant/Appellant
Q. H.

Clinton Andrew Magoun
Bolen, Parker & Brenner, LTD.
P. O. Box 11590
Alexandria, LA 70315-1590
(318) 445-8236
Counsel for: Plaintiff/Appellee
State  of Louisiana

Q. H.
c/o Phroner Hawkins
P.O. Box 3095
Vidalia, LA 71373
Counsel for: Defendant/Appellant